# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2078

_____

Joseph L. Feldpausch,                    *
                                         *
            Appellant,                   *
                                         *     Appeal from the United States
      v.                                 *     District Court for the
                                         *     Northern District of Iowa.
Michael J. Astrue, Commissioner of       *
Social Security,                         *         [UNPUBLISHED]
                                         *
            Appellee.                    *

_____

Submitted: December 1, 2009
Filed: December 4, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Joseph Feldpausch (Feldpausch) appeals the district court's[1] order affirming the denial of disability insurance benefits. His August 2003 application for benefits alleged a disability onset date of July 1, 1985, as a result of ulcers, migraines, sleep apnea, night cramps, fatigue, back problems, and pain in his right foot, ankle, and leg. Following a hearing, an administrative law judge (ALJ) determined Feldpausch was

_____

[1]The Honorable Jon Stuart Scoles, United States Magistrate Judge for the Northern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

not disabled withing the meaning of the Social Security Act before the expiration of his insured status in March 1992. The ALJ relied in part on the testimony of a vocational expert (VE) about the existence of a significant number of jobs Feldpausch could be expected to perform. After careful de novo review, we find substantial evidence in the record as a whole supports the ALJ's determination. See Cox v. Barnhart, 471 F.3d 902, 906-07 (8th Cir. 2006) (standard of review; explaining, to be entitled to benefits, a claimant needs to prove she was disabled before her insurance expired); Hilkemeyer v. Barnhart, 380 F.3d 441, 447 (8th Cir. 2004) (deciding VE testimony constituted substantial evidence in support of the ALJ's determination that claimant was not disabled).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____